[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 9, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13086
Non-Argument Calendar

_____

D. C. Docket No. 00-00136-CR-ORL-31-DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL M. EID,
a.k.a. Sammy,
a.k.a. Said Eid,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 9, 2007)**

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, counsel for Samuel M. Eid, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Eid's conviction and sentence are **AFFIRMED**.